# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHANETTE JENKINS-PARKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AFFIRM, INC., ) <br> ) <br> Defendant. ) | Civ. No. 2:25-cv-02208-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 2), filed February 24, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation to Dismiss Without Prejudice (ECF No. 14), filed August 26, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 3, 2025
Date